Romeal Price #44742-054
U.S.P Allenwood
P.O. Box 3000
White Deer PA
17887

9-10-06

To: Mary E. D'ANdrea, clerk

My Name is Romeal Price Dkt. Nos. 1:CR-00-216-0
and Dkt. Nos. 1:CR-00-063-03
I'm Requesting to have a copy of my
Sentencing transcripts for the above cases
and a copy of my Docket Sheets

I have the money to pay for the
transcripts & Docket Sheets, I Just
Need to know the amount of
Money I need to send and
who I should send it to.

Enclosed is a stamped envelope
can you please write me back
with the Information I need
to get my transcripts

Thank you

Romeal Price # 44742-054
U.S.P Allen wood
P.O. Box 3000
White Deer PA 17887

Lional Price #44194-066
S.C.I Allenwood
P.O. Box 2000
White deer, PA
17887

SEP 11 2006

HARRISBURG PA 171
12 SEP 2006 PM 3 L

Atten: Mary E. D'Andrea, clerk
U.S court house
Federal Building
P.O Box 983
228 walnut st
17108-3800

Legal Mail