THOMAS A. MARINO
United States Attorney
G. MICHAEL THIEL
Assistant U.S. Attorney
311 Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18503
Phone:  (570)348-2800

Attorneys for Plaintiff

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  )     1:CR-00-0216-001
          Plaintiff,       )
                           )
     V.                    )     SATISFACTION OF JUDGMENT
                           )       (Rambo, J.)
                           )
ROMEAL PRICE,              )
          Defendant.       )
```

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

     Full satisfaction is hereby acknowledged of that certain judgment entered on February 2, 2001, in favor of the United States of America, against the above-named defendant.  The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:  February 7, 2007

                                         THOMAS A. MARINO
                                         United States Attorney

                                         /s G. MICHAEL THIEL
                                         G. MICHAEL THIEL
                                         Assistant U.S. Attorney

                                         KAREN M. MUSLOSKI
                                         Paralegal Specialist